UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-cv-21094-GAYLES/TORRES

PROVIDENCIA MARTELL, for herself and
on behalf of others similarly situated,

      Plaintiff,

v.

SUKKAH MIAMI BEACH ACQUISITIONS
LLC, PEBB CAPITAL MANAGEMENT LLC,
and CONTINENTAL PAYROLL, LLC,

      Defendants.

_____/

## ORDER

**THIS CAUSE** comes before the Court on the parties' Joint Motion to Approve Settlement Agreement and Joint Stipulation for Dismissal with Prejudice (the "Joint Motion") [ECF Nos. 10 & 11]. The Court has reviewed the Joint Motion and the record and is otherwise fully advised. Based thereon, it is

**ORDERED AND ADJUDGED** as follows:

1. The parties' Joint Motion to Approve Settlement Agreement and Joint Stipulation for Dismissal with Prejudice, [ECF Nos. 10 & 11], is **GRANTED**.

2. The Confidential Settlement Agreement and General Release is **APPROVED**.

3. Pursuant to the parties' Confidential Settlement Agreement and General Release, a total of $4,000.00 shall be paid to Plaintiff Providencia Martell, consisting of $1,500.00 in unpaid overtime wages and any other pay, $1,500.00 in liquidated

and/or other damages to be owed by Defendant Continental Payroll, LLC, and $4,000.00 in attorneys' fees and costs.

4.       This case is **CLOSED** and **DISMISSED with prejudice**.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 14th day of May, 2021.

DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record